UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

| UNITED STATES OF AMERICA | § | |
| | § | CASE NO: H-13- |
| v. | § | COMPLAINT NO: H-13-849M |
| | § | |
| ALEXANDER GUZMAN | § | UNDER SEAL |
| | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Conspiracy to Distribute a Controlled Substance)

From on or about April 6, 2013 in the Houston Division of the Southern District of Texas

and elsewhere, the defendant,

### ALEXANDER GUZMAN

knowingly and intentionally did combine, conspire, confederate, and agree with others known

and unknown to the Grand Jury, to commit an offense defined in Title 21, United States Code,

Section 841(a)(1), that is, to distribute a controlled substance.  The overall scope of the

conspiracy involved five (5) kilograms or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

1

## COUNT TWO
### (Distribution of a Controlled Substance)

On or about April 6, 2013 in the Houston Division of the Southern District

of Texas, and within the jurisdiction of this Court,

### ALEXANDER GUZMAN

defendant herein and others known and unknown, did knowingly and intentionally commit an

offense defined in Title 21, United States Code, Section 841(a)(1), namely, to possess with intent

to distribute a controlled substance. This offense involved more than five (5) kilograms of a

mixture or substance which contained Cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii) and Title 18,
United States Code, Section 2.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY:

BERTRAM A. ISAACS
Assistant United States Attorney

2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America )
v. )
) Case No.
Alexander GUZMAN )
*Defendant* )

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Alexander GUZMAN
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment          ◻ Superseding Indictment          ◻ Information          ◻ Superseding Information          ☑ Complaint
◻ Probation Violation Petition          ◻ Supervised Release Violation Petition          ◻ Violation Notice          ◻ Order of the Court

This offense is briefly described as follows:

Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) - Possession of five (5) or more kilograms of
cocaine with intent to distribute

Date: _____

_____
*Issuing officer's signature*

City and state:     Houston, Texas

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                     _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |