UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

USA v. Alexander Guzman   Case No. 13mj 90-01-LM
(Petitioner's name)                        (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

SEP 05 2013
FILED

I, __Alexander Guzman__
                (name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☑ criminal defendant
- ☐ grand jury witness
- ☐ trial witness
- ☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/5/13                    _____
                                 Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 9-5-13                    _____
                                 United States Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)