UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                              DOCKET NO. 13-MJ-00090-LM

ALEXANDER GUZMAN

<u>ASSENTED TO MOTION TO CONTINUE</u>

NOW COMES the defendant, Alexander Guzman, by and through counsel, and hereby moves this Court

to continue his September 9, 2013, Identity Hearing.

In support of this Motion, the accused states as follows:

1. The defendant is scheduled to appear in this Court on September 9, 2012, at 1:00 p.m. for

   his Identity Hearing.

2. The parties are in the process of discussing resolving matters pursuant to Rule 20 of the

   Federal Rules of Criminal Procedure and need additional time to do so.

3. That the defendant is aware of the within Motion.

4. That the United States Attorney's Office has no objection to the within Motion.

   WHEREFORE, the accused respectfully requests that this Court grant the within Assented to

   Motion to Continue.

                                        Respectfully submitted,
                                        Alexander Guzman,
                                        By his Attorney,


Date:  September 9, 2013                /S/Paul J. Garrity_____
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03503
                                        603-434-4l06
                                        Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of September , 2013, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Jose Reyes.


/S/Paul J. Garrity_____
Paul J. Garrity