UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                  DOCKET NO. 13-MJ-00090-LM

ALEXANDER GUZMAN

MOTION FOR RELEASE HEARING

NOW COMES the accused, Alexander Guzman, by and through counsel, and hereby moves this Court to schedule a hearing to address the issue of his detention/release.

In support of this Motion, the accused states as follows:

1. The accused stipulated to detention without prejudice during his initial appearance.

2. The accused now wishes to have a hearing on the issue of his release/detention.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion for Release Hearing and schedule a hearing to address the issue of his release/detention.

                                                      Respectfully submitted,
                                                     Alexander Guzman,
                                                     By his Attorney,

Date: September 27, 2013                          /S/Paul J. Garrity
                                                              Paul J. Garrity
                                                               14 Londonderry Road
                                                              Londonderry, NH 03503
                                                               603-434-4l06
                                                               Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 27th day of September , 2013, a copy of the within was e filed to the United States Attorney's Office and all counsel of record and mailed, postage prepaid, to Alexander Guzman.

/S/Paul J. Garrity_____
Paul J. Garrity