UNITED STATES POSTAL SERVICE

Official Business

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE, $300



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 SEP 5 P 12:53

USDC-NH
Clerk's Office
55 Pleasant Street
Concord, NH 03301

---

**SENDER:**
Complete items 1 and/or 2 for additional services.
Complete items 3, and 4a & b.
Print your name and address on the reverse of this form so that we can return this card to you.
Attach this form to the front of the mailpiece, or on the back if space does not permit.
Write "Return Receipt Requested" on the mailpiece below the article number.
The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

David J. Bradley, Clerk
Southern District of Texas
PO Box 61010
Houston, TX 77208

7012 0470 0001 6152 2747

4b. Service Type
☐ Registered   ☐ Insured
☐ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

Signature (Addressee)
M. Mapps

8. Addressee's Address (Only if requested and fee is paid)

Signature (Agent)
M. Mapps

PS Form 3811, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**