UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court  Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

October 8, 2013

David J. Bradley, Clerk
Southern District of Texas
PO Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas

OCT 10 2013

David J. Bradley, Clerk of Court

Re: Case No. 13-mj-90-01-LM, USA v. Alexander Guzman
    Transferee Court Case No.: 13cr573

The above case has been transferred to your jurisdiction pursuant to Fed. R. Crim. P. Rule 5.

We enclose the following items:

  Original file.
  Certified copy of the docket sheet.

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

JAMES R. STARR, Clerk

By: /s/Jennifer Sackos
    Jennifer Sackos
    Deputy Clerk

Enclosures
cc:  Paul Garrity, Esq.
     John Farley, AUSA